01-13-00269-cr
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/4/2015 3:20:43 PM
Accepted 9/10/2015 9:27:50 AM
ABEL ACOSTA
CLERK

PD No:_____

| | |
|---|---|
| ROBIN LYNN PRINCE | IN THE TEXAS COURT |
| VS. | OF CRIMINAL APPEALS |
| STATE OF TEXAS | AUSTIN, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S *PRO-SE* PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, Appellant, by and through the undersigned attorney, who has personal knowledge of the matters contained herein, and files this Motion for Extension of Time to File Appellant's *Pro-Se* Petition for Discretionary Review, and in support thereof would show:

### I.

Appellant was convicted of murder and sentenced to 50 years in the Texas Department of Criminal Justice – Institutional Division. The trial court was the 182nd District Court of Harris County, Texas. The trial court cause number was: 1266918. On August 25, 2015, the First Court of Appeals in Houston, Texas, affirmed appellant's conviction in appellate cause number: 01-13-00269-CR.

### II.

The current deadline for filing appellant's petition for discretionary review is September 24, 2015.

III.

No   previous extension of time to file a petition for discretionary review has been requested by appellant.

IV.

The undersigned is not pursuing further appellate review on behalf of Mr. Prince. The undersigned is notifying appellant of his right to pursue a petition for discretionary review.

V.

On behalf of Appellant, the undersigned is requesting an additional thirty (30) day extension until October 26, 2015 in which to allow Appellant to file his *pro-se* petition for discretionary review in this matter.

VI.

This request is not made for the purpose of delay but to insure Appellant's right to appellate review in this matter.

VII.

Appellant's last known address within the Texas Department of Criminal Justice is:

Mr. Robin Lynn Prince
TDCJ-ID # 01848876
Eastham Unit
2665 Prison Road 1
Lovelady, Texas   75851

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that the Court grant this Motion for Extension of Time to File Appellant's *Pro-Se* Petition for Discretionary Review until October 26, 2015.

Respectfully submitted,

Wayne T. Hill
SBOT: 09656300
4615 Southwest Freeway, Suite 600
Houston, Texas 77027
(713) 623-8312

## CERTIFICATE OF SERVICE

A true and correct copy of this motion is being provided to:

Harris County District Attorney's Office
Appellate Division
1201 Franklin, 6th Floor
Houston, Texas 77002

Mr. Robin Lynn Prince
(TDCJ-ID address noted above)

Wayne T. Hill